FILED
AUG 1 3 2013
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN MILLER,<br>Defendant. | CR 13-50102<br>INDICTMENT<br>Commercial Sex Trafficking<br>(18 U.S.C. §§ 1591(a)(1), 1591(b)(1), 1594(a), 1594(d)(1)) |

The Grand Jury charges:

On or about August 3, 2013, in the District of South Dakota and elsewhere, in and affecting interstate commerce, the defendant, John Miller, did knowingly attempt to recruit, entice, and obtain a person who had not attained the age of 14 years, knowing and recklessly disregarding that the person was a minor and would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1), 1594(a).

FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 1594(d)(1).

2. If convicted of an offense set forth above, the defendant, John Miller, shall forfeit to the United States any and all materials or property used or intended to be used to commit or to facilitate commercial sex trafficking. Such

property includes, but is not limited to, a 2010 CanAm Spyder motorcycle, North Dakota license M99840, VIN number 2BXJBLC1XAV001403.

A TRUE BILL:

**NAME REDACTED**

Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: [signature]